UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Ana S. Perez<br><br>    Debtor(s) | Case No. 13 B 09109 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/08/2013.

2) The plan was confirmed on 06/12/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/12/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 09/29/2017.

6) Number of months from filing to last payment: 55.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $14,906.00.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $31,372.35 |
| Less amount refunded to debtor | $1,177.10 |

**NET RECEIPTS:** $30,195.25

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,243.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,743.40

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Health Center c/o | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Advocate Ill. Masonic Physis. Group | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 1,414.06 | 1,414.06 | 1,414.06 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 1,007.16 | 1,007.16 | 1,007.16 | 0.00 |
| Banfield Pet Hospital | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA c/o | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA NA | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 510.00 | 422.76 | 422.76 | 422.76 | 0.00 |
| Commonwealth Edison Company | Unsecured | 275.00 | 231.74 | 231.74 | 231.74 | 0.00 |
| Denovous Corporation Ltd. | Unsecured | 1,840.00 | NA | NA | 0.00 | 0.00 |
| Diagnostic Imaging Assoc | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Gerald Wine & Craig Sabin | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 130.10 | 130.10 | 130.10 | 0.00 |
| Illinois Masonic Med.Center c/o | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,000.00 | 1,248.40 | 1,248.40 | 1,248.40 | 0.00 |
| Lake Anesthesia Associates | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MediCredit Inc | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Midwest Imaging Professionals | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Midwest Neoped Assocates LTD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Northwest Gen.Surgeons c/o | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Our Lady of Resurrection c/o | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Paul D Lawent | Unsecured | NA | 95.29 | 95.29 | 95.29 | 0.00 |
| Peoples Energy Corp | Unsecured | 290.00 | 234.24 | 234.24 | 234.24 | 0.00 |
| Pinnacle Fincial Group Inc | Unsecured | 2,360.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Portfolio Recovery Associates | Unsecured | 1,560.00 | 1,558.25 | 1,558.25 | 1,558.25 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 285.00 | 275.88 | 275.88 | 275.88 | 0.00 |
| Premier Bankcard | Unsecured | 500.00 | 483.37 | 483.37 | 483.37 | 0.00 |
| Quantum3 Group | Unsecured | 1,840.00 | 1,838.93 | 1,838.93 | 1,838.93 | 0.00 |
| Quantum3 Group | Unsecured | NA | 365.55 | 365.55 | 365.55 | 0.00 |
| Resurrection Med Grp RMC ED | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Medical Center | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| RM Anesthesisa LLC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| RMC Pathology Associates | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Stanislaw Masalanka Jr. Md | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Webster Dental Care of Portage Park | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Wellington Radiology Group SC c/o | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 18,500.00 | 16,146.12 | 16,146.12 | 16,146.12 | 0.00 |
| Wells Fargo Bank | Secured | 172,000.00 | 243,025.50 | 243,025.50 | 0.00 | 0.00 |
| Wicker Park Orthodontics | Unsecured | 1,420.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $243,025.50 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,146.12 | $16,146.12 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $422.76 | $422.76 | $0.00 |
| **TOTAL SECURED:** | **$259,594.38** | **$16,568.88** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,882.97** | **$8,882.97** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,743.40 |
| Disbursements to Creditors | $25,451.85 |
| **TOTAL DISBURSEMENTS** : | **$30,195.25** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/19/2018                         By: /s/ Marilyn O. Marshall
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**